No. 348. WASHINGTON v. GOLDEN STATE MUTUAL LIFE INSURANCE Co. Sup. Ct. Tex. Certiorari denied. *Robert W. Hainsworth* for petitioner. *Finis E. Cowan* and *Joe R. Greenhill, Jr.,* for respondent.

No. 351. DURHAM ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. Clarence Mayfield* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 350. SMITH ET UX. v. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. Sup. Ct. Pa. Certiorari denied. *J. Willison Smith, Jr.,* and *Bayard M. Graf* for petitioners. *Anthony L. Marino* for Pennsylvania Public Utility Commission, and *Charles E. Thomas, Vincent P. McDevitt, Eugene J. Bradley,* and *Edwin W. Scott* for Philadelphia Electric Co., respondents.

No. 354. LACY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Gerald K. Fugit* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 356. KIRK ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Joe Hobson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 361. PROCTOR v. PROCTOR. Super. Ct. Pa. Certiorari denied. *E. Eugene Mason* for petitioner.